## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ELLSWORTH HULL**                                                        **CIVIL ACTION**

**VERSUS**                                                                **NO. 20-291-SDD-RLB**

**SID GAUTREAUX, ET AL.**

## NOTICE

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

    In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein.  Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

    **ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

    Signed in Baton Rouge, Louisiana, on March 16, 2021.

    **RICHARD L. BOURGEOIS, JR.**
    **UNITED STATES MAGISTRATE JUDGE**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ELLSWORTH HULL**                                                                 **CIVIL ACTION**

**VERSUS**                                                                             **NO. 20-291-SDD-RLB**

**SID GAUTREAUX, ET AL.**

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATON**

This Report and Recommendation is issued *sua sponte*. This matter is before the Court on plaintiff's Complaint (R. Doc. 1) filed on May 14, 2020. Plaintiff paid the full amount of the Court's filing fee on the same date. On June 10, 2020, the Court entered an Order (R. Doc. 2) setting a scheduling conference for July 23, 2020 and a status report deadline of July 9, 2020. Plaintiff filed a Motion to Continue Rule 26(f) Conference (R. Doc. 3), which the Court granted (See R. Doc. 4) resetting the scheduling conference to September 10, 2020 with a status report due on August 27, 2020.

On August 3, 2020, a summons was submitted and issued as to defendant Sid Gautreaux (See R. Docs. 5 and 6). Summons were returned executed (R. Doc. 7) as to defendant Gautreaux on August 13, 2020 and a Motion to Dismiss (R. Doc. 8) was filed by defendant on August 28, 2020. Plaintiff failed to file any opposition to the motion to dismiss. A Ruling (R. Doc. 11) was entered granting the dismissal of claims against defendant Sid Gautreaux. Plaintiff declined to provide any further explanation for his failure to respond to the motion to dismiss.

The only remaining named defendant is Dennis Grimes. The Court noted that a summons was never submitted for issuance as to defendant Grimes. On February 23, 2021, the Court entered an Order to Show Cause (R. Doc. 12) instructing plaintiff to show cause, in writing, on or before March 9, 2021, as to why claims against defendant Dennis Grimes should not be

dismissed for failure to serve. A review of the record indicates that plaintiff did not file a response to the Order to Show Cause nor has summons been requested as to this defendant.

The only other defendant is ABC Insurance Company. No effort has been made to substitute a real entity in its place and no proof of service on this defendant is in the record.

## **RECOMMENDATION**

It is the recommendation of the Magistrate Judge that the claims against defendant Dennis Grimes and ABC Insurance Company be dismissed, without prejudice, for failure to serve, and that this matter be closed.

Signed in Baton Rouge, Louisiana, on March 16, 2021.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**