# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| HULL | CIVIL ACTION |
| VERSUS | 20-291-SDD-RLB |
| GAUTREAUX, ET AL. | |

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated March 26, 2021, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the claims against Defendant Dennis Grimes and ABC Insurance Company are hereby dismissed, without prejudice, for failure to serve.

**IT IS FURTHER ORDERED** that this matter is dismissed in its entirety.

Signed in Baton Rouge, Louisiana on April 28, 2021.

*(signature)*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 13.